FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE JAVIER FIERRO-CAMACHO, <br><br> Defendant. | No. 2:18-MJ-00317-JAG-1 <br><br> ORDER GRANTING UNITED STATES' MOTION TO DISMISS COMPLAINT WITH PREJUDICE AND QUASH WARRANT PURSUANT TO FED. R. CRIM. P. 48(a). <br><br> **MOTION GRANTED** <br> **(ECF NO. 5)** |

This matter comes before the Court upon motion by the United States requesting the above captioned matter be dismissed with prejudice and to quash the arrest warrant. **ECF No. 5**.

**IT IS ORDERED**, pursuant to FED. R. CRIM. P. 48(a), that the United States' Motion to Dismiss Complaint with Prejudice and Quash Warrant, pursuant to Fed. R. Crim. P. 48(a), **ECF No. 5**, is **GRANTED**.

The case against Defendant is dismissed with prejudice, all pending warrants shall be stricken, the arrest warrant is quashed, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED April 18, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1